# Exhibit 9

Blanche & Joseph Touhill
54 Godwin Lane
St. Louis, Missouri 63124
October 22, 2020

Billy Schwarze and his family have been our near, next-door neighbors for almost 30 years.  We ourselves have lived on Godwin Lane for 55 years, in retirement for the last 15 years or so.  Blanche has been a life-long teacher, last as Chancellor of the University of Missouri - St. Louis for 13 years, and Joe has been a tax specializing lawyer, last serving as a Federal Administrative Law Judge for 7 years.

Our relationship with the Schwarze family has been consistently very cordial. Being childless, perhaps we have been drawn, more than otherwise, to the two Schwarze boys from their earliest childhood.  We have never been part of their intimate family life, but the boys have often been in our home and they have done countless - gratis - chores for us.

We have observed the boys to be close to one another, but quite different in personality. Billy has always been a more sensitive personality, always eager to do things for other people, and ready to visit at length with us, especially with me, Joe.  He eagerly likes people in general and many people like him.  But at the same time he hasn't appeared to us to have any notable single friends, as many of us do.

He manifests a very strong desire to be "part of the team", mostly among school sports players.  He has not "made the team" as a player, but has consistently associated himself with various teams as an assistant to the coach in special functions.  Quite independently we have heard a number of unsolicited, flattering comments about Billy from coaches, prominent business leaders and civic minded people. Certainly we have never heard anything critical about Billy, expressed or implied.  He seeks to please others to an exceptional degree and he appears to succeed doing so very well.

Billy has always appeared to us to be distinctly steady, reliable, industrious, resilient, and clean and healthy in appearance.  He is gentile, soft spoken and scrupulous to a fault.  He is certainly not a drinker or substance user - we are much too close to him to have every overlooked such bad habits.  He is also a worrier, much too easily excitable, too solicitous of others often to his detriment, and he is certainly much too trusting of others.   It goes without saying that we would hire him for his loyalty, reliability and strong moral character.

Our relationships with Billy have never been such that we would know anything about Billy's work or business activity.  We know nothing - and want to know nothing - about the facts or charges which might have given rise to any problems he may have had, or may have been suspected to have had, with the government.

Essentially we see next door an ordinary, peaceful, prosperous, religious and surely civic minded family. It is impossible for us to even imagine from any member of the

Schwarze family - least of all Billy - any motive or specific intent to do, or gain from doing, anything contrary to the norms of society.

Sincerely,

*J. M. Touhill*

*B. M. Touhill*



Tonhill
54 Godwin
St. Louis, Mo
63124

SAINT LOUIS MO 630
22 OCT 2020 PM 6 L

Ms. Michelle Nasser
Dowd and Bennett
7733 Forsyth Blvd.
St. Louis, Mo. 63105

63105-181799

Personal