# Exhibit 11

Giovanni Ferrara
6327 Mardel Ave.
St. Louis, MO 63109

11/3/2020

To Judge Ross:

I am writing on behalf of Billy Schwarze. Billy and I have been close friends for fifteen years. In this time, he has proven to be a great friend and has exemplified honest and noble behavior. In general, Billy is known to be a generous friend to many.

Billy has been a great friend. We initially met at Chaminade in 6th grade and were close through high school. We went to different colleges, I went to Loyola University in Chicago and I didn't know anyone. Billy would call me at least once a month, just to check in and see how I was doing. He visited me a few times in Chicago and always made it known that he was there for me. As we continued our lives in different states after college, the phone calls continued. He's always been such a great friend and it has always felt very good to have someone like him in my life.

When I moved back to St. Louis, he was quick to offer assistance with networking to ensure I had all the possible options for work. He offered to make introductions and give me phone numbers of any professionals he knew in the city. He wanted to do whatever he could to help me succeed.

Earlier this year, my best friend from college passed away. Billy was the first person to call and offer support. Billy is focused on brotherhood and puts others before himself which is a characteristic I've always admired.

Billy is a generous person and a great friend. I can confirm that in all the time I have known him, Billy Schwarze has been a reliable, trustworthy and decent person.


Sincerely,
Giovanni Ferrara