# Exhibit 12

Andrew Kleinlein<br>
29 7th Ave S, #2C<br>
New York, NY  10014

Attention: Judge Ross

 In 2010, my relationship with Billy Schwarze began when he was the basketball manager at my high school, Chaminade College Preparatory School in St. Louis, Missouri. I quickly recognized that he had gained the respect of our coaches and teammates despite not being a player on the team. As a sophomore on a senior-laden team, I lacked confidence at the beginning of the season. This is where's Billy's role became very important in my life. Being two classes above me and a leader on the team, Billy took me under his wing. He dedicated time and energy to instill confidence in me and provide comfort to me in a challenging situation. I attribute my success to him throughout the season and as I developed throughout my career. Without his leadership and guidance, I would likely not be where I am today. Billy has served not only as role model and mentor, but a friend who is willing to sacrifice anything for me.

 In our time together on the team, Billy never missed a single film session, practice, or game. He arrived early, stayed late and selflessly sacrificed countless hours for the betterment of the team. Billy was never in it for himself, never sought praise or recognition and never asked for anything in return. His relationship with the coaches and players extended off the court as well. Billy took it as his responsibility to ensure the health and safety of his friends and teammates at all times. If you needed him, he would be there. No questions asked. One specific memory stands out where Billy's display of kindness, loyalty and selflessness shined. In the midst of the season, which I believe was late 2010/early 2011, one of our teammates got into a physical altercation on a Friday night and broke his hand. Billy was the first call. Even though he had made other plans for the night, Billy dropped those plans, quickly arrived, removed our teammate from danger and took him to the hospital. Billy then served as an intermediary between our teammates and coaches in a rather tense situation. He was able to diffuse the situation and amend the relationship between the players and coaches. I am confident that Billy was the only person capable of handling this responsibility as he had gained utmost respect from both the coaches and players.

 Despite witnessing countless times where Billy has positively impacted people's lives in major ways, it's the little things that make Billy a special friend and person. If he is within a few miles of my house, he stops by to say hello to my parents, sister and me. If it's my birthday, he takes me to dinner, a concert or sporting event. If I need someone to talk to in a difficult time, Billy is there. Billy remains a friend with me and many others today due to the strength of his character. If you are a friend of Billy, you will remain a friend for life. He is truly as kind, loyal and selfless of a friend as I have ever had.