# Exhibit 13

Michael Schwarze
Brother of William Schwarze
21 October 2020

To the Honorable Judge Ross,

I am writing on behalf of my brother, William Schwarze, or as I have simply known him "Billy". My brother and I have shared the same bedroom, attended the same schools before college, and done countless activities together throughout our lives. Growing up, we spent endless nights discussing every major sport, drafting players to be on our perfect teams, and predicting how the Cardinals, Blues, or Rams would do in that year. While my brother never played on the Varsity teams at Chaminade, where we both attended middle school and high school, he still played a critical role by providing unwavering support as the team manager. Our passions for Chaminade and St. Louis sports have been a primary way of bonding and it's where I've seen my brother's kindness, generosity, and overall selflessness come to life.

My brother attended Chaminade three years before me and quickly became popular amongst his teachers and coaches for his willingness to help at all times. While he faced challenges making friends at Chaminade, he always wanted to help his classmates whether it was on the field or in the classroom. As a manager for several teams at Chaminade, my brother would go above and beyond to make sure his teams had everything they needed to be successful. From ensuring the water bottles were always filled to videotaping rival team's games to resolving any ad-hoc requests from coaches and players, Billy wanted the best for everyone at Chaminade. As an impressionable middle schooler, it was my earliest experience of seeing what it means to be a true servant leader, and I was able to hear first-hand the impact he had on his friends, teachers, and coaches alike. While I not only heard first-hand from his friends and teachers, I also experienced the privilege of being "Bill's younger brother," as many at Chaminade affectionately called me.

In 2007, I began my journey at Chaminade as a timid 6th grader, nervous about the new environment I was entering and uncertain of what the future would behold. Within my first week, several teachers in the middle school and coaches on the varsity teams reached out to welcome me to Chaminade. They would enthusiastically ask, "You're Bill's brother? We love Bill! Let us know if there's anything you need or if you need any help getting situated at Chaminade." These interactions early on in my time at Chaminade greatly helped my confidence and assuaged my concerns about the future. The support from faculty and coaches alike continued throughout middle school and high school at Chaminade, in large part due to the thoughtfulness of my brother. His impact on my experience at Chaminade allowed me to create enduring friendships, pursue my dream of playing college baseball, and help strengthen the Chaminade community through mentorship and other giveback opportunities. His actions are reflective of the environment that my brother helped foster at Chaminade, one of inclusion, selflessness, and general care for others' well-being.

As I entered high school and Billy went off to college at the University of Dayton, I began focusing on pursuing collegiate and professional baseball. I played on a competitive high school team with practices and workouts every day, constant road trips during the summer, and great pressure to perform in front of scouts. My brother was my biggest supporter along the way, whether he was attending my summer games in 100-degree heat or ensuring I had enough gas in the car to get to practice. I still remember my first start as a sophomore on the varsity team, where we were playing our rival, St. Louis University Highschool. In the 9th inning, I came into

pitch in a tight game and let up a walk-off home run. I was frustrated and began the cycle of doubting myself and all the hard work I had put in to make the varsity baseball team. My brother was in college at Dayton, and I remember calling him shortly after the game. As I expressed my frustration over my performance, my brother listened carefully; after I finished, he provided words of encouragement and began listing several sports stars who had bad games and how they persevered past them. He said that making mistakes doesn't make you a bad player, it gives you an opportunity to learn and get better. His words inspired me to push past a difficult moment early on in my baseball career and stuck with me as I went on to play in college. More importantly, his words are a reflection of who he is as a person: someone who has dealt with difficulties, whether learning in school or fitting in with his friends, but has always tried to do his best and put others before himself.

Billy has not only been a positive example in my life but also in countless others'. Whether he was providing words of encouragement to someone on one of his teams or being a positive example for his younger brother, Billy has tried his best to create a better environment for everyone that he's been around.

Sincerely,

*Michael F. Schwarze*

Michael F. Schwarze
Brother of William Schwarze