# Exhibit 14

Honorable Judge John A. Ross,

We have been truly blessed by God to have our son William Joseph in our lives.
He is one of the most loving, selfless, warm, caring and unassuming human beings that you will ever have the privilege and pleasure of meeting.
He has been our ray of sunshine and hope for over twenty-seven years.
A family member who is faithful to God, his family and friends. He is a person who always sees the best in everyone who he meets and interacts with always putting others before himself.

He views the world with great optimism and hope.  Billy is shy, dislikes braggers and worries if his actions would harm something or someone. He believes that everyone he comes in contact with are truthful and those he interacts with has his best interest at heart. He is a person who has always learned from his mistakes, never holds a grudge and puts the past behind him.
Billy treats every single person he encounters in life with compassion, care and respect no matter if the person is a stranger on the street, a CEO of a Fortune Five hundred company, a world class athlete, President of a College or a Chancellor of a University.
Some would call his view of life and the world as being rather naïve.
This is who he is.

[redacted]

[redacted]

We want to state some factual activities and events of Billy's life which we think reflect his character and personality.

Church of the Annuziata on Clayton Road in Ladue, Missouri did not have a grade school, it is our family parish.

Billy attended Kindergarten through fifth grade at Immacolata Catholic Grade school in Richmond Heights, Missouri.  Along with academics and extracurricular activities he sometimes found himself struggling but always persevered.

He was an active participant in the Cub Scout Program as well as CYC Youth Sports playing soccer ,basketball, baseball and track. Although he did not excel academically or as an athlete he never gave up, did his very best ,cheered and encouraged his fellow classmates and teammates, to do the same.

In the fall of 2004 he entered 6th grade at Chaminade College Preparatory School in Creve Couer, Missouri ,where his father had attended school

Following in his Father's footsteps, Billy was very involved at Chaminade beginning in middle school. He was a member of the Rocket and Environment Club ,played percussion  in the school band, and participated in countless service projects , a Leadership role as O'Donnell House Middle School Captain, and equally played soccer, basketball and track.

Freshmen year he continued his involvement in academics, school band, extracurricular activities  and trying out for highs school athletic teams . He did not make the team's as an athlete.
He then decided to be part of the teams as a student manager for the Football, Basketball and LaCrosse teams respectively and continued as a student manager until he graduated in 2011.
He was very instrumental in helping Chaminade win their first ever Boys State Championship in Basketball in the fall of 2009.
Billy was an Ambassador to the Basketball program and assisted a number of highly coveted athletes during the College recruitment process.

He continued his education at the University of Dayton, in Dayton, Ohio as an engineering student. He worked as a paid student manager in the NCAA Basketball program from 2011-2015.
Billy was an integral part of the team helping to achieve and making an appearance in the NCAA Tournament Round of 32, NCAA Sweet Sixteen and the Elite Eight in the 2014 season. An appearance again was made in the NCAA Tournament Round of 32 in 2015.
Throughout his academic career at Dayton he sometimes found himself struggling but again always persevered. He graduated with a degree in Industrial Engineering Technology in the Fall of 2016.

Billy is exceptionally loving of his younger brother Michael, with whom he attended his early school education. Michael has always excelled in academics and athletics with his older brother being his biggest cheerleader and best friend. He is a graduate of Haverford College, outside of Philadelphia. He has started a very promising career in business consulting with a degree in Economics.  Currently, he lives in Cambridge, Massachusetts.

Michael is very concerned about Billy and helps his older brother whenever he can. They are very loving and close brothers. [redacted]

Since Billy returned home in 2016 he has managed and assist my husband and I in selling property that we owned. He is working for his fathers medical office assisting with various duties as well as preparing to transfer his fathers' patients to a colleague's practice.
Billy has always enjoyed helping others through various community service projects in the Greater St. Louis, St. louis Archdiocese and Greater Dayton Ohio area.
He is always lending a hand to the elderly neighbors on the lane, our family members and friends never expecting anything in return. You can see the joy that it brings to his heart in helping others.

Our hope is that this information in our letter, will shed light on William, his personality character and the role he plays as a member of our family.
We are equally proud of both of our  Adult children.
We are a close family, the four of us, and we will continue to support one another and have each other's back to the end of eternity.

Sincerely,
Robert and Donna Schwarze