*United States District Court*
*Eastern District of Missouri*
*111 S. 10th Street, Rm.3.300*
*St. Louis, Missouri 63102*

*Gregory J. Linhares*  *Phone: 314-244-7900*
 *Clerk of Court*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO BOX 1227, Sterling, VA 20166-1227.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Benoist, Peter | 591882909 | 4:20-CR-000505-001-SEP | 12/10/2020 |
| Muhammad, Haamid | 591246036 | 4:19-CR-000046-002 HEA | 11/24/2020 |
| Muhammad, Haamid | C19273108 | 4:19-CR-000046-002 HEA | 11/24/2020 |
| Schwarze, William | 477331815 | 4:20-CR-000503-001-JAR | 12/15/2020 |
| Slade, Jaime | 535306091 | 4:19-CR-000858-001-HEA | 12/08/2020 |
| Terry, Steven | 503394789 | 4:19-CR-000667-001-CDP | 12/09/2020 |

Dated this 25th day of January, 2021.

_____
Rodney W. Sippel
Chief United States District Judge